UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ELHADJI OUSMANE TOUNKARA,

               Plaintiff,

-against-

REPUBLIC OF SENEGAL; PERMANENT
MISSION OF SENEGAL TO THE UNITED
NATIONS; PAPA GUALO NDIAYE, *in his official
capacity*; PAPA GUALO NDIAYE, *in his official
capacity*,

               Defendants.

------------------------------------- x



ORDER

19 Civ. 9029 (GBD)

GEORGE B. DANIELS, District Judge:

The March 12, 2020 conference is cancelled. This Court will hear oral argument on Defendants' Motion to Dismiss, (ECF No. 19), on May 7, 2020, at 10:30 a.m.

Dated: March 11, 2020
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE