UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ELHADJI OUSMANE TOUNKARA,

                Plaintiff,

-against-

REPUBLIC OF SENEGAL; PERMANENT
MISSION OF SENEGAL TO THE UNITED
NATIONS; PAPA GUALO NDIAYE, *in his official
and individual capacities*,

                Defendants.

------------------------------------- X

ORDER

19 Civ. 9029 (GBD)

GEORGE B. DANIELS, District Judge:

The May 7, 2020 oral argument is adjourned to July 16, 2020 at 10:30 a.m.

Dated: April 21, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE