UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ELHADJI OUSMANE TOUNKARA,

                Plaintiff,

-against-

REPUBLIC OF SENEGAL; PERMANENT
MISSION OF SENEGAL TO THE UNITED
NATIONS; PAPA GUALO NDIAYE, *in his official
and individual capacities*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 9029 (GBD)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUL 15 2020]

GEORGE B. DANIELS, District Judge:

    The July 16, 2020 oral argument is adjourned to July 23, 2020 at 10:30 a.m.

Dated: July 15, 2020
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE