**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELHADJI OUSMANE TOUNKARA,

                Plaintiff,

      -against-

REPUBLIC OF SENEGAL; PERMANENT MISSION
OF SENEGAL TO THE UNITED NATIONS; PAPA
GUALO NDIAYE, *in his official and individual
capacities*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 7 2020

ORDER

19 Civ. 9029 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Defendants' motion to

dismiss the complaint, ECF No. 19, is GRANTED.

The Clerk of Court is directed to close the motion at ECF No. 19 accordingly.

Dated: New York, New York
      August 27, 2020

                                  SO ORDERED.

                                  GEORGE B. DANIELS
                                  United States District Judge