**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELHADJI OUSMANE TOUNKARA,

                       Plaintiff,

     -against-                                    19 **CIVIL** 9029 (GBD)

                                                   **JUDGMENT**

REPUBLIC OF SENEGAL; PERMANENT
MISSION OF SENEGAL TO THE UNITED
NATIONS; PAPA GUALO NDIAYE, in his
official and individual capacities,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2020, and for the reasons stated on the record during today's oral argument, Defendants' motion to dismiss the complaint is GRANTED.

**Dated:** New York, New York

        August 27, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                             BY:

                                                           **Deputy Clerk**